[No. 33379-8-I.    Division One.    December 4, 1995.]

MICHAEL LEVACK, ET AL., *Individually and as Guardian, Appellants,* v. LAWRENCE SNOW, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 91-2-07850-5, Sally Phillips Pasette, J., entered August 19, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Becker and Cox, JJ.

[No. 33395-0-I.    Division One.    December 4, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JEANETTE M. EASTON, *Appellant.*

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT B. JOHNSON, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 92-1-07487-3 and 92-1-07488-1, Deborah Fleck, J., entered September 17, 1993. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.

[No. 34517-6-I.    Division One.    December 4, 1995.]

*In the Matter of the Marriage of* MADELINE A. MACDONALD, *Appellant, and* HAROLD R. FRISING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 92-3-04485-8, Ann Schindler, J., entered April 4, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Baker, C.J., and Coleman, J.